IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                      CRIMINAL NO. 13-CR-30134-DRH

DARON E. WHITT,

        Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On January 13, 2014, this court entered an order for forfeiture against defendant Daron E. Whitt for the following property which had been seized from the defendant:

**One Beretta, 9m caliber semi-automatic pistol, bearing serial number BER433774Z, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 9, 2014, and ending May 8, 2014, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that

Page **1** of **2**

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 13, 2014, namely:

**One Beretta, 9m caliber semi-automatic pistol, bearing serial number BER433774Z, and any and all ammunition contained therein.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal.

**IT IS SO ORDERED.**

**Sig this 14th day of July, 2014.**

Digitally signed by David R. Herndon
Date: 2014.07.14 13:48:49 -05'00'

**Chief Judge**
**U.S. District Court**